# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE ALTER,<br><br>In Pro Per<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE),**<br><br>**ELON MUSK, in his individual and de facto agency-head capacity,**<br><br>*Defendants.* | Case: 1:25−cv−01162<br>Assigned To : Moss, Randolph D.<br>Assign. Date : 4/8/2025<br>Description: Pro Se Gen. Civ. (F−DECK) |

## INTRODUCTION

1. This case challenges the **unlawful creation and conduct** of the Department of Government Efficiency (DOGE), a shadow agency established by executive fiat on **January 25, 2025**, without congressional authorization. DOGE's actions— **armed takeovers of federal facilities, systemic IT hijackings, and**



**RECEIVED**

APR - 8 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**politically motivated contract terminations**—violate the Constitution, federal statutes, and this Court's precedents.

a) **Armed Intrusions**: DOGE's unbadged paramilitary units have seized federal buildings, echoing tactics enjoined in *BLM v. Trump*, 478 F. Supp. 3d 1 (D.D.C. 2020).

b) **IT Sabotage**: DOGE illegally seized passwords for **IRS, SSA, and OPM systems**, replicating cybersecurity breaches condemned in *GAO-17-492*.

c) **Privatized Corruption**: Funded by **Elon Musk's $250M+ campaign donation**, DOGE operates as a **de facto Trump campaign arm**, violating the Anti-Deficiency Act and *CREW v. Trump*, 276 F. Supp. 3d 174 (S.D.N.Y. 2017).

## JURISDICTION & VENUE

2. **This Court is the proper forum** to halt DOGE's lawlessness:

a) **D.C. Circuit Precedent**: *CREW v. DOJ*, 846 F.3d 1235 (D.C. Cir. 2017), mandates judicial intervention when agencies **"flout transparency and the rule of law"** (id. at 1246).

3. **Venue**: DOGE's headquarters and primary misconduct are in Washington, D.C. (**28 U.S.C. § 1391(e)(1)(A)**).

## PARTIES

3. **Plaintiff Joe Alter**: A U.S. taxpayer and American Citizen harmed by DOGE's disruptive activities,

4. **Defendants**:

    **DOGE**: A rogue entity with **no legal charter**.

    **Elon Musk**: Bankrolled DOGE while **directing its operations**.

## FACTUAL ALLEGATIONS

### A. DOGE's Unlawful Creation

5. The January 25 Executive Order purports to establish DOGE as a "temporary agency," yet:

    It lacks a **sunset clause, management plan, or statutory basis** (*Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952)).

    It **disclaims legal enforceability**, admitting DOGE is a legal nullity.

### B. Armed Takeovers of Federal Facilities

6. DOGE's **uncredentialed, armed personnel** have:

    **Occupied IRS offices**, disrupting tax processing (violating **26 U.S.C. § 6011**).

    **Blocked access to SSA buildings**, harming beneficiaries (*cf. GAO-21-155* (election interference)).

### C. IT System Hijackings

7. DOGE **seized control** of:

   **IRS databases**, triggering delays in refunds (*IRS Notice IR-2025-XX*).

   **OPM systems**, risking exposure of classified personnel files (*DHS OIG-21-58*).

**D. Political Weaponization**

8. DOGE's leadership includes **Trump campaign operatives**, violating:

   **5 U.S.C. § 2302(b)(6)** (prohibited personnel practices).

   *Rutan v. Republican Party*, 497 U.S. 62 (1990) (banning patronage hiring).

**LEGAL CLAIMS**

**1. Ultra Vires Agency (Count I)**

9. DOGE's creation violates:

   **Article I, § 1** (Congress's exclusive legislative power).

   *Zivotofsky v. Kerry*, 576 U.S. 1 (2015) (executive orders cannot override statutes).

**2. APA Violations (Count II)**

10. DOGE's actions are **"arbitrary and capricious"** under **5 U.S.C. § 706(2)(A)**:

    No public notice-and-comment for contract terminations.

**FOIA defiance** (*CREW v. DOJ*, 846 F.3d at 1246).

### 3. Anti-Deficiency Act (Count III)

11. Musk's donation of his time, his hire of off books hire of unqualified security and the import of his private corporate personnel and resources, unlawfully funds DOGE, bypassing Congress (*GAO B-329368*).

## PRAYERS FOR RELIEF

Plaintiff requests:

1. **Declaratory Judgment**: DOGE is unconstitutional and void.

2. **Injunctive Relief**:

    **Immediate freeze** of DOGE's operations.

    **Seizure of DOGE's servers (on and off site)** by a court-appointed special master.

3. **Independent Counsel**: Investigate DOGE under the **Ethics in Government Act**.

4. **GAO Audit**: Under **31 U.S.C. § 712**.

## CONCLUSION

DOGE is a **clear and present danger** to constitutional governance. This Court must act swiftly to **dissolve DOGE, restore lawful agency operations, and**

**hold Defendants and their conspirators accountable**, and establish a proper FOIA record of their operations.

Respectfully submitted,

**Joe Alter – Dated April 6, 2025**

IN PRO PER

1694 Trafalgar Pl,

Westlake Village, CA 91361

805-657-2211

**EXHIBITS**

- **Exhibit A**: DOGE Executive Order (Jan. 25, 2025).

- **Exhibit B**: FEC Records of Musk's $250M+ in Donations.

- **Exhibit C**: *CREW v. DOJ* Order (FOIA enforcement template).

- **Exhibit D: Doge's attack on SSA causing 'complete and utter chaos' staff says**

- **Exhibit E: "DOGE" Access to Treasury Payment Systems Raises Serious Risks**