# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5172** **September Term, 2025**

**1:25-cv-01162-RDM**

**Filed On: November 7, 2025** [2144378]

Joe Alter,

Appellant

v.

United States Department of Government Efficiency, (DOGE) and Elon Musk, In his individual and de facto agency-head capacity,

Appellees

**MANDATE**

In accordance with the judgment of August 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 27, 2025